PETER TRBOVICH, Respondent, v. JOHN F. BURKE, as Receiver of the Property of HAMBURG RAILWAY COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records by November twenty-third and printed briefs

by December seventh. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.